# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| KELLY ALEXIS, individually, and on behalf of all similarly situated consumers,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRUEACCORD CORP.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 5:24-cv-00815

**<u>STIPULATION OF DISMISSAL</u>**

It is hereby stipulated and agreed by and between Plaintiff Kelly Alexis ("Plaintiff") and Defendant TrueAccord Corp. ("Defendant"), that all matters herein between them have been compromised and settled, and the above-entitled action is hereby dismissed against Defendant TrueAccord Corp. with prejudice as to Plaintiff, and without prejudice as to the claims of the putative class members, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: October 17, 2025

/s/　Daniel Zemel
Daniel Zemel, Esq.
Zemel Law LLC
1373 Broad Street, Suite 203-C
Clifton, New Jersey 07013
Tel: (862) 227-3106
dz@zemellawllc.com
Attorney for Plaintiff

/s/ Xerxes Martin
Xerxes Martin
Martin Golden Lyons Watts Morgan
8750　N.　Central　Expressway,　Suite　1850

Dallas, Texas 75231
Tel: (214) 346-2628
XMartin@mgl.law
Attorney for Defendant

2